SMITH, Respondent, v. JOHNSON, Appellant.

(151 N. W. 46.)

(File No. 3609.  Opinion filed February 20, 1915.  Rehearing granted March 8, 1915.)

**Appeals—Objectionable Brief—Redundant and Irrelevant Matter—Affirmance.**

Appellant's counsel without condensation or effort to state the substance of matters considered material on appeal, inserted, in the statement in his brief, portions of testimony copied verbatim from stenographer's transcript, with objections to evidence and rulings thereon not assigned as error nor complained of by him is his brief, and preliminary questions serving no purpose except to encumber the record and increase the Court's labor. **Held,** that the judgment will be affirmed.  Following Donahue v. Adebar, 34 S. D. 471, 149 N. W. 175.

Appeal from Circuit Court, Custer County.  Hon. LEVI McGEE, Judge.

Action by William H. Smith against Erland H. Johnson. From a judgment for plaintiff defendant appeals.  Affirmed.

*Null & Royhl,* for Appellant.

*Lawrence H. Hedrick,* for Respondent.

PER CURIAM.  In the preparation of their brief herein, appellant's counsel were guilty of the same failures to comply with

the rules and decisions of this court as were noted by this court in the opinion in Donahoe v. Adebar, 149 N. W. 175. Everything said in such opinion in relation to the appellant's brief would apply to the brief before us.

The judgment appealed from is affirmed.